**RECEIVED**
5/20/26
KELLY L. STEPHENS, Clerk

**CASE NO. 26-1457**

---

**UNITED STATES COURT OF APPEAL**
**FOR THE SIXTH CIRCUIT**

---

**JOSEPH OZORMOOR**

**Plaintiff/Appellant *pro se***

**v.**

**METROPOLITAN LIFE INSURANCE COMPANY**

**Defendant/Appellee**

---

**An Appeal from the United States District Court**
**for the Eastern District of Michigan**
**Southern Division**
**Case No. 4:25-cv-10710**

---

# PLANTIFF/APPELLANT'S MOTION TO CORRECT THE CAPTION OF THE CASE ON APPEAL, CASE NO. 26-1457

Plaintiff/Appellant *pro se*, Joseph Ozormoor, hereby respectfully requests the Clerk of the Court to correct the caption of the case on appeal, Case No. 26-1457, to conform with the caption shown in the herein-attached Certificate of Service (ECF No. 49) of the Notice of Appeal of the case, *Joseph Ozormoor v. Metropolitan Insurance Company*, Case No. 4:25-cv-10710, appealed from the District Court for the Eastern District of Michigan.

Dated May 19, 2026

Respectfully submitted,

s/ ___________________________________.

Plaintiff/Appellant *pro se*
469 LaBelle Road
Grosse Pointe Farms, MI 48236
(313) 924-5319 / (313) 949-2656 (mobile)
jtozormoor@comcast.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2026, a Motion to Correct the Caption on Appeal Case No. 26-1457 was electronically filed with the Clerk of the U. S. Sixth Circuit Court of Appeals and served on the Counsel of record for Defendants through the Court's ECF system.

s/ ______________________.

JOSEPH OZORMOOR
Plaintiff/Appellant *Pro Se*
469 LaBelle Road
Grosse Pointe Farms, MI 48236
jtozormoor@comcast.net

Dated: May 19, 2026